United States District Court
Southern District of Texas
**ENTERED**
March 10, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SPINNAKER FINANCIAL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1703 |
| | § | |
| LOGISTICAL SOLUTIONS | § | |
| INTERNATIONAL, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

John Elsner has again moved for a stay based on an ongoing criminal investigation. Counsel for Spinnaker must file any opposition no later than March 11, 2016, at 10:00 a.m., to permit a ruling before the deadlines for discovery responses and before the scheduled March 16, 2016 deposition of Mr. Elsner.

SIGNED on March 10, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge